**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In re:                                             :
                                               :       Chapter 7
   JEFFREY WINICK,                :
                                               :       Case No. 20-11976 (SHL)
                Debtor.   :
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                          :
                                               :       Adv. Proc. No. 21-01138 (SHL)
                Plaintiff, :
                                               :
   v.                                  :
                                               :
JEFFREY WINICK,                                    :
                                               :
                Defendant. :
-------------------------------------------------------------x

## STIPULATION FOR EXTENSION OF TIME
## TO RESPOND TO ADVERSARY COMPLAINT

The parties, by their undersigned counsel, stipulate and agree that defendant Jeffrey Winick shall have until August 2, 2021 to respond to the complaint filed in the above-captioned adversary proceeding.

Dated: New York, NY
       June 8, 2021

| | |
|---|---|
| **AUDREY STRAUSS** <br> United States Attorney for the <br> Southern District of New York <br><br> /s/ Zachary Bannon <br> Zachary Bannon <br> Assistant United States Attorney <br> 86 Chambers Street <br> New York, NY 10007 <br> Tel: (212) 637-2728 <br> Email: Zachary.Bannon@usdoj.gov <br><br> *Counsel for Plaintiff United States of America* | **SCHIFF HARDIN LLP** <br><br> /s/ Steven Wilamowsky <br> Steven Wilamowsky <br> 1185 Avenue of the Americas <br> Suite 3000 <br> New York, NY 10036 <br> Tel: (212) 753-5000 <br> Email: swilamowsky@schiffhardin.com <br><br> *Counsel for Defendant Jeffrey Winick* |

NY:54645259.1