UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re: JEFFREY WINICK                             Chapter 7

                                                  Case No. 20-11976 (SHL)

                         Debtor.
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

                         Plaintiff,
            -against-                             Adversary No. 21-1138 (SHL)

JEFFREY WINICK

                         Defendant.
-----------------------------------------------------------------x

## SCHEDULING ORDER

The parties to the above-captioned adversary proceeding agree and stipulate to the following discovery plan:

1. Initial disclosures pursuant to Federal Rule of Bankruptcy Procedure 7026 shall be served no later than **August 20, 2021**.

2. Any motion to amend pleadings or to join additional parties shall be filed no later than **September 3, 2021**.

3. The parties shall conduct discovery in accordance with the Federal Rules of Bankruptcy Procedure, the Federal Rules of Civil Procedure, and the Local Rules of the Bankruptcy Court for the Southern District of New York, subject to the following schedule:

    a. Initial interrogatories and documents requests shall by served by **September 10, 2021**.

    b. All requests for admission shall be served by **January 28, 2022**.

    c. Unless extended by the Court for cause shown, all non-expert fact discovery, including responses to requests for admission and depositions of fact witnesses, shall be completed by **May 30, 2022**.

    d. Initial expert reports shall be served by **June 28, 2022**.

    e. Rebuttal expert reports shall be served by **July 26, 2022**.

    f. Expert depositions shall be taken by **August 23, 2022**.

    g. Unless extended by the Court for cause shown, all expert discovery shall be completed by **August 30, 2022**.

4. Any deposition may be conducted by video conference or other means agreeable to the parties and reasonable under the circumstances to ensure the health and safety of all persons attending the deposition.

5. The parties shall appear at a status conference on **August 16, 2022 at 10:00 A.M.**

5. Except for the deadline contained in Paragraph 3(c) and (g) above, the parties may modify the deadlines set forth herein by mutual agreement or upon request and further order from the Court. The parties agree to act in good faith in discussing any extension to any such deadline. The deadline set forth in Paragraph 3(c) and (g) can be modified only upon request and further order from the Court.

| | |
|---|---|
| Dated: February 24, 2022<br>New York, New York<br><br>DAMIAN WILLIAMS<br>United States Attorney<br>*Attorney for the United States*<br><br>By:  \_\_\_/s/ Zachary Bannon_____<br>ZACHARY BANNON<br>Assistant United States Attorney<br>86 Chambers Street, Third Floor<br>New York, New York 10007<br>Tel.: (212) 637-2728<br>E-mail: Zachary.Bannon@usdoj.gov | Dated: February 24, 2022<br>New York, New York<br><br>STEVEN WILAMOWSKY<br>*Attorney for Jeffrey Winick*<br><br>By:  \_\_\_/s/   Steven Wilamowsky\_\_\_\_\_<br>STEVEN WILAMOWSKY<br>Schiff Hardin LLP<br>1185 Avenue of the Americas, Ste. 3000<br>New York, New York 10036<br>Tel.: (212) 753-5000<br>E-mail: swilamowsky@schiffhardin.com |

Dated: March 14, 2022                                                    ***/s/ Sean H. Lane***
New York, New York                                                    United States Bankruptcy Judge