DAMIAN WILLIAMS                                    **Hearing Date: [N/A]**
United States Attorney for the                     **Hearing Time: [N/A]**
Southern District of New York
By: ZACHARY BANNON
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2728
Fax: (212) 637-2717
E-mail: Zachary.Bannon@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

      JEFFREY WINICK

              Debtor.

UNITED STATES OF AMERICA,

              Plaintiff,

      - against –

JEFFREY WINICK

              Defendant.

Chapter 7
No. 20-11976 (PB)

Adv. Proc. No. 20-1138 (PB)

**NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Local

Bankruptcy Rule 7056-1(b) Statement of Undisputed Material Facts, the Declaration of Zachary

Bannon, and the Declaration of John T. Harrington, and the Declaration of James Feltman, the

United States of America, by its attorney, Damian Williams, United States Attorney for the

Southern District of New York, hereby moves this Court for an Order granting summary judgment

for the United States of America on claims II, III, and IV of its adversary complaint, pursuant to

Federal Rule of Bankruptcy Procedure 7056, which incorporates Federal Rule of Civil Procedure

56 into bankruptcy adversary proceedings, and granting such other and further relief as the Court

may deem just and proper.

Dated: April 14, 2023
      New York, New York

                                DAMIAN WILLIAMS
                                United States Attorney for the
                                Southern District of New York
                                *Attorney for Defendants*

                By:     */s/ Zachary Bannon*
                                ZACHARY BANNON
                                Assistant United States Attorney
                                86 Chambers Street, 3rd Floor
                                New York, New York 10007
                                Tel.: (212) 637-2728