```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                        :
                                              :           Chapter 7
    JEFFREY WINICK,                           :
                                              :           Case No. 20-11976 (PB)
                    Debtor.                   :
-----------------------------------------------------------x
UNITED STATES OF AMERICA,                     :
                                              :
                                              :           Adv. Proc. No. 21-01138 (PB)
                    Plaintiff,                :
                                              :
        v.                                    :
                                              :
JEFFREY WINICK,                               :
                                              :
                    Defendant.                :
-----------------------------------------------------------x
```

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. 56 and Fed. R. Bankr. P. 7056, debtor and defendant Jeffrey Winick ("Debtor") moves for entry of summary judgment in his favor and against plaintiff United States of America ("Plaintiff") on Counts I and II of Plaintiff's Complaint.

For the reasons discussed in Debtor's Memorandum in Support of his Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment,[1] and his separate Statement of Facts, there are no genuine issues of material fact with respect to Counts I and II, and the Court should grant summary judgment in Debtor's favor on those claims.

Dated: May 5, 2023

**ARENTFOX SCHIFF LLP**

<u>/s/ Steven Wilamowsky</u>
Steven Wilamowsky
1185 Avenue of the Americas
Suite 3000
New York, NY 10036

---

[1] Pursuant to this Court's Order dated April 17, 2023, Adv. Dkt. No. 35, Debtor submits a single memorandum in support of his motion and in opposition to Plaintiff's cross-motion for summary judgment.

Tel: (212) 753-5000
Email: steven.wilamowsky@afslaw.com

- and -

Jin Yan
1717 K St. NW
Washington, DC 20006
Tel: (202) 778-6442
Email: jin.yan@afslaw.com

*Counsel for Defendant Jeffrey Winick*