UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
In re:

    JEFFREY WINICK,

                          Debtor.

---------------------------------------------------------x
UNITED STATES OF AMERICA,

                          Plaintiff,

    v.

JEFFREY WINICK,

                          Defendant.

---------------------------------------------------------x

Chapter 7

Case No. 20-11976 (PB)

Adv. Proc. No. 21-01138 (PB)

## **DECLARATION OF JEREMIAH WEINSTOCK**

Jeremiah Weinstock declares, under penalty of perjury, as follows:

1. I was retained by ArentFox Schiff LLP, counsel to Jeffrey Winick, to assess whether Mr. Winick has a gambling disorder, and if so, to opine on the ramifications of that psychiatric disorder in the years 2012 through 2020.

2. A true and correct copy of my expert report dated October 31, 2022 is attached to the Declaration of Jin Yan as Exhibit 16. Adv. Dkt. No. 43-16.

3. The contents of my expert report, including my opinions, are true and correct to the best of my knowledge, information, and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 26, 2023

                                                                                     Jeremiah Weinstock