**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
In re:                                                    :
                                                          :     Chapter 7
    JEFFREY WINICK,                    :
                                                          :     Case No. 20-11976 (PB)
                    Debtor.  :
-----------------------------------------------------------x
UNITED STATES OF AMERICA,                                 :
                                                          :     Adv. Proc. No. 21-01138 (PB)
                    Plaintiff,  :
                                                          :
    v.                                    :
                                                          :
JEFFREY WINICK,                                           :
                                                          :
                    Defendant.  :
-----------------------------------------------------------x

# ORDER

For the reasons stated in the Court's July 14, 2023 bench ruling on (1) Plaintiff United States of America's Motion for Partial Summary Judgment [Adv. Dkt. No. 29] and (2) Defendant Jeffrey Winick's Motion for Summary Judgment [Adv. Dkt. No. 38], it is hereby **ORDERED** that:

    1.    Summary judgment on Count III of the Complaint is **GRANTED** in favor of Plaintiff and against Defendant.

    2.    Summary judgment on Count II of the Complaint is **GRANTED** in favor of Defendant and against Plaintiff with respect to Defendant's scheduling the value of his business interests and **DENIED** with respect to Defendant's scheduling the value of his Rolex watches.

    3.    Summary judgment is **DENIED** with respect to Counts I and IV of the Complaint.

Dated: July 18, 2023
New York, New York

                                                          /s/ Philip Bentley
                                                          Hon. Philip Bentley
                                                          United States Bankruptcy Judge