UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>   -against-<br><br>JEFFREY WINICK,<br><br>             Defendant. | Adv. Proc. No. 21-01138 (PB) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Ryan Foley hereby enters his appearance in this action as counsel for Defendant Jeffrey Winick. I hereby certify that I am admitted to practice in the Southern District of New York.

Dated:  New York, New York
         September 28, 2023

**ARENTFOX SCHIFF LLP**

By: */s/ Ryan J. Foley*
    Ryan J. Foley, Esq.
    ryan.foley@afslaw.com

    1301 Avenue of the Americas
    42nd Floor
    New York, NY 10019
    Telephone:  212.484.3900
    Facsimile:  212.484.3990