**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

In re:                                                    :

       JEFFREY WINICK,                          :

                         Debtor.          :

-----------------------------------------------------------x

UNITED STATES OF AMERICA,                 :

                      Plaintiff,          :

       v.                                              :

JEFFREY WINICK,                                   :

                   Defendant.       :

-----------------------------------------------------------x

Chapter 7

Case No. 20-11976 (PB)

Adv. Proc. No. 21-01138 (PB)

## <u>ORDER DIRECTING SUPPLEMENTAL BRIEFING</u>

The Court having reviewed the parties' post-trial briefs, it is hereby **ORDERED** that the

Plaintiff and the Defendant shall each submit a supplemental brief, not to exceed 5 pages in length,

addressing the following topic on or before **May 24, 2024**:

> In determining under 11 U.S.C. § 727(a)(2)(A) whether the Defendant had actual intent to hinder, delay, or defraud the IRS under Count I, if the Court were to find that the Defendant was aware of the IRS's senior lien when he transferred his interest in SDSDR111 LLC to David Berley in July 2020, would that finding warrant the conclusion that the Defendant intended to hinder or delay the IRS's collection efforts?

> In particular, the briefs should address whether the "natural consequences" doctrine— that one is presumed to be aware of the natural consequences of his or her acts—is relevant to this issue. *See, e.g., In re Sentinel Mgmt. Grp., Inc.,* 728 F.3d 660 (7th Cir. 2013); *In re Lyondell Chem. Co.*, 554 B.R. 635 (S.D.N.Y. 2016); *In re Trib. Co. Fraudulent Conv. Litig.*, No. 11-MD-2296 (RJS), 2017 WL 82391 (S.D.N.Y. Jan. 6, 2017); *In re Lehman Bros. Holdings Inc.*, 541 B.R. 551, 575 (S.D.N.Y. 2015).

Dated: New York, New York
May 8, 2024

/s/ Philip Bentley

**Honorable Philip Bentley**
**United States Bankruptcy Judge**