

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

July 16, 2025

**By ECF**
The Honorable Philip Bentley
United States Bankruptcy Judge
United States Courthouse
One Bowling Green
New York, New York 10004

      Re:   *United States of America v. Winick*, No. 21-ap-1138 (PB)

Dear Judge Bentley:

      I write respectfully on behalf of the United States of America (the "Government") to request an update on the status of the Court's resolution of the trial in the above-referenced adversary proceeding, which was tried before the Court between October 16, 2023, and November 1, 2023. The Government's potential ability to collect the millions of dollars of debt Mr. Winick owes to the Internal Revenue Service ("IRS") will be prejudiced unless the case is decided soon. Since Mr. Winick filed for bankruptcy in August 2020, the Government has been prohibited from undertaking collection activities against him pursuant to 11 U.S.C. § 362. Because Mr. Winick has virtually no assets, the primary means by which his debt to the IRS could be satisfied would be through garnishing his real estate commissions and other earnings. However, Mr. Winick previously indicated that he soon plans to retire and the IRS is concerned that, even if it prevails in this case, it will be unable to collect the debt at issue if it does not commence its collection efforts soon. The Government accordingly requests that the Court provide an update on the resolution of this adversary complaint.

      I thank the Court for its consideration of this matter.

                                                        Respectfully submitted,

                                                        JAY CLAYTON
                                                        United States Attorney for the
                                                        Southern District of New York

                                              By:    /s/ Jean-David Barnea
                                                        JEAN-DAVID BARNEA
                                                        Assistant United States Attorney
                                                        Tel. (212) 637-2679
                                                       Email Jean-David.Barnea@usdoj.gov